IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SETH A. JOHNSON,

             Plaintiff,

     vs.

COMMISSIONER,
Social Security Administration,

             Defendant.

Case No. 1:22-cv-00884 ~~MK~~ MTK [BD]

ORDER GRANTING PLAINTIFF'S
MOTION FOR ATTORNEY FEES
PURSUANT TO 42 U.S.C. § 406(b)

Plaintiff Seth A. Johnson brought this action seeking review of the Commissioner's final decision denying his application for disability benefits under the Social Security Act.  The Court reversed the Commissioner's decision, remanded the case for an award of benefits, and entered Judgment on June 29, 2023.  Upon remand, the Commissioner found Plaintiff entitled to benefits beginning December 2018.

Plaintiff now seeks an award of fees pursuant to 42 U.S.C. § 406(b).  I have reviewed the record in this case, the motion, and the supporting materials, including the award of benefits, the fee agreement with counsel, and the recitation of counsel's hours and services.  Applying the

standards set by *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002), the Court finds that the requested fees are reasonable.

Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. 406(b) is hereby GRANTED, and Plaintiff's counsel is awarded $28,629.00 in attorney's fees under 42 U.S.C. § 406(b).

Previously, Plaintiff received a total of $7,792.07 under the Equal Access to Justice Act ("EAJA"). The Court will offset that award against the 42 U.S.C. § 406(b) award and order that, in accordance with agency policy, the Commissioner make a direct payment of $20,836.93, less any applicable processing or user fees prescribed by statute, to Plaintiff's attorney, Katherine L. Eitenmiller, at WELLS, MANNING, EITENMILLER & TAYLOR, P.C. Payment is to be made from benefits the Social Security Administration has withheld from Plaintiff's past due benefits. Any amount withheld after all administrative and court attorney fees are paid should be released to the claimant.

IT IS SO ORDERED this 16th day of January 2026 ~~2025~~. BD

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (he/him)
United States District Judge

Proposed Order submitted by:
Katherine L. Eitenmiller
WELLS, MANNING, EITENMILLER & TAYLOR, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
keitenmiller@wmetattorneys.com
Of Attorneys for Plaintiff